UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                            CASE NO. 8:12-CR-482-T-17EAJ

JENNY ZHEN HUANG.

_____/

ORDER

This cause is before the Court on:

Dkt. 32     Motion For Early Termination of Supervised Release
Dkt. 35     Response

Defendant Jenny Zhen Huang moves for early termination of the 60-month term of supervised release imposed by the Court at sentencing. Defendant Huang has completed 32 months of supervised release without any violations.

In Count I of the Information, Defendant Huang was charged with a violation of 8 U.S.C. Sec. 1324(a)(1)(A)(iii), by harboring six or more aliens for commercial advantage, despite knowledge of and reckless disregard of the fact that they entered and remained in the United States illegally. Defendant Huang entered into a Plea Agreement, which contains an accurate factual statement of Defendant's involvement in the offense (Dkt. 4, pp. 17-18).

On March 1, 2013, Defendant Huang was sentenced to time served, a 60-month term of supervised release, a fine of $15,000.00 and a special assessment of $100.00 (Dkt. 25). Special conditions of supervision included: 1) 180 days of participation in the Home Detention program; 2) Defendant was prohibited from incurring new credit charges, opening additional lines of credit, or obligating herself for any major purchases without approval of Defendant's probation officer, and 3) Defendant was required to

Case No. 8:12-CR-482-T-17EAJ

provide her probation officer with access to any requested financial information.

At sentencing, the Court granted Defendant's Motion for Variance (Dkts. 19, 24). This reflects the Court's determination that, in this case, the Sec. 3553(a) factors were entitled to greater weight than the Guidelines Range.

The Government opposes Defendant's Motion for Early Termination. The Government argues neither the "interest of justice" nor any of the specified factors in 18 U.S.C. Sec. 3553(a) justify the relief Defendant seeks; Defendant Huang has articulated no basis for the relief other than Defendant's good conduct. The Government further argues that the status of Defendant Huang's payment of the fine is unclear, as is the position of Defendant's probation officer.

The § 3553(a) factors that the Court must consider are: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to afford adequate deterrence to criminal conduct; (3) the need for the sentence imposed to protect the public from further crimes of the defendant; (4) the need for the sentence imposed to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the kinds of sentence and sentencing range established for the applicable category of offense committed, as set forth in the Sentencing Guidelines; (6) pertinent policy statements issued by the Sentencing Commission; (7) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (8) the need to provide restitution to any victims of the offense. 18 U.S.C. §§ 3583(e), 3553(a)(1), (a)(2)(B)—(D), (a)(4)—(7).

The Court has reviewed Defendant Huang's PSR. Probation has confirmed that Defendant Huang has paid the fine imposed in full, and that Defendant Huang is on "administrative supervision," which is reserved for extremely compliant cases that

Case No. 8:12-CR-482-T-17EAJ

exhibit a low risk of recidivism.    After considering the relevant Sec. 3553(a) factors, and in the interest of justice, the Court grants Defendant Huang's Motion for Early Termination.  Accordingly, it is

      **ORDERED** that Defendant Jenny Zhen Huang's Motion for Early Termination (Dkt. 32) is **granted**.

      **DONE and ORDERED** in Chambers in Tampa, Florida on this ___ day of November, 2015.

                                       ELIZABETH A. KOVACHEVICH
                                       United States District Judge

Copies to:
All parties and counsel of record
United States Probation Office